UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TOD ALAN HENNINGSEN, | CIVIL NO.11-2693 (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 13, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 15] is DENIED;

2. Defendant's Motion for Summary Judgment [Docket No. 19] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 03/04/13

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Judge